# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  U.S.A.  
v.  
Jose Eduardo Serrano-Espinoza

Case Number: 08CR241-7

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Reuben Romo

FILED  
MAR 25 2008  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | Eugene O'Malley |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ |
| FIRM | |
| STREET ADDRESS | 910 W. Jackson Blvd |
| CITY/STATE/ZIP | Chicago, IL 60607 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER 312.633.9232 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

Appointed Counsel