# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 241-7 | **DATE** | 4/1/2008 |
| **CASE TITLE** | USA v. Reuben Romo | | |

**DOCKET ENTRY TEXT**

Preliminary Examination held.. Enter a finding of probable cause. The Defendant is ordered Bound to the District Court for further proceedings. Detention hearing held and continued to 4/4/08 at 10:30 a.m. The Defendant will be released once certain conditions of bond are met. The defendant is ordered detained until further order of court. /AK/

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | AC |
|---|---|---|