UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 08 CR 241-7 |
| REUBEN ROMO | ) | Magistrate Arlander Keys |

<u>FORFEITURE AGREEMENT</u>

Pursuant to the Pretrial Release Order entered in the above-named case on April 4, 2008, and for and in consideration of bond being set by the Court for defendant REUBEN ROMO, in the amount of $ 75,000 , being partially secured by real property, CRISTINA URIBE ROMO hereby warrants and agrees:

1. CRISTINA URIBE ROMO warrants that she is the sole record owner and titleholder of the real property located at: <u>5740 West Bernice, Chicago, Illinois</u>, described legally as follows:

> WEST 18 FEET OF LOT 32 AND THE EAST 14 FEET OF LOT 31 IN BLOCK 6 IN MARTIN LUTHER COLLEGE SUBDIVISION OF THE NORTH ½ OF SECTION 20, TOWNSHIP 40 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Permanent Index Number: 13-20-210-024-0000.

CRISTINA URIBE ROMO warrants that there is one outstanding mortgage and one outstanding home equity line of credit against the subject property and that the equitable interest in the real property is at least $20,000.

2. CRISTINA URIBE ROMO agrees that her equitable interest in the above-described real property may be forfeit to the United States of America should the defendant REUBEN ROMO fail to appear as required by the Court or otherwise violate any condition of the Court's order of release. CRISTINA URIBE ROMO further understands and agrees that, if defendant REUBEN

ROMO should violate any condition of the Court's release order, and her equity in the property is less than $20,000, she will be liable to pay any negative difference between the bond amount of $ _75,000_ and her equitable interest in the property, and CRISTINA URIBE ROMO hereby agrees to the entry of a default judgment against her for the amount of any such difference. CRISTINA URIBE ROMO has received a copy of the Court's release order and understands its terms and conditions. Further, the surety understands that the only notice she will receive is notice of court proceedings.

3. CRISTINA URIBE ROMO further agrees to execute a quitclaim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. CRISTINA URIBE ROMO understands that should defendant REUBEN ROMO fail to appear or otherwise violate any condition of the Court's order of release, the United States may obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4. CRISTINA URIBE ROMO furthers agrees that she will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish her interest therein, including any effort to sell or otherwise convey the property without leave of Court.

5. CRISTINA URIBE ROMO further understands that if she has knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for

defendant REUBEN ROMO, she is subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. CRISTINA URIBE ROMO agrees that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

      6.    CRISTINA URIBE ROMO hereby declares under penalty of perjury that she has read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 4/4/08

**CRISTINA URIBE ROMO**
**SURETY/GRANTOR**

Date: 4/4/08

Witness

Return to:

Ann Bissell
U.S. Attorney's Office
219 S. Dearborn, 5th Floor
Chicago, Illinois 60604
/km