

# United States District Court

NORTHERN **DISTRICT OF** ILLINOIS

UNITED STATES OF AMERICA
V.
RUEBEN ROMO

**WARRANT FOR ARREST**

CASE NUMBER: 08-CR-241(7)

FILED
APR 10 2008  NH
APR 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Rueben Romo
                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiring with others to possess with intent to distribute and to distribute a controlled substance, namely, in excess of 500 grams of mixtures and substances containing cocaine, mixtures and substances containing heroin, and marijuana, in violation of Title 21, United States Code, Section 841(a)(1);

in violation of Title 21        United States Code, Section(s) 846; and Title 18, USC, Section 2.

Arlander Keys                              U.S. Magistrate Judge
Name of Issuing Officer                    Title of Issuing Officer

/s/ Arlander Keys                          03/24/2008   Chicago, Illinois
Signature of Officer                       Date and Location

Bail fixed at $ _____  by _____
                                  Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at  CHICAGO, IL

| DATE RECEIVED 03/24/2008 | NAME AND TITLE OF ARRESTING OFFICER ERIC J. McINTOSH, SA | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 03/25/2008 | | |

AO 442 (Rev. 12/85) Warrant for Arrest