IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

                        No. 08 –CR-241-7
                        The Honorable
                        Blanche Manning

v.

RUEBEN ROMO

### NOTICE OF FILING

To:    United States Attorney's Office
        Attn: Jacqueline Stern, AUSA
        219 S. Dearborn Street. 5th Floor
        Chicago, Illinois  60604

      PLEASE TAKE NOTICE that I have this 3rd day of July, 2008, filed with the Clerk of the United States Court of Appeals the following: **MOTION FOR DISCOVERY**, copy of which is hereby attached.

                                                 s/Eugene O'Malley_____
                                                 Eugene O'Malley

### PROOF OF SERVICE BY ELECTRONIC FILING

      I, Eugene O'Malley, the attorney, certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: Jacqueline Stern, Asst. U.S. Attorney, at 219 S. Dearborn Street, 5th Floor, Chicago, Illinois.

                                               s/Eugene O'Malley_____
                                               Eugene O'Malley, Attorney for Defendant

**EUGENE O'MALLEY#2108860**
**Attorney for Defendant**
**910 W. Jackson Blvd.**
**Chicago, Illinois  60607**
**(312) 633-9232**