IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

                                       No. 08 –CR-241-7
                                       The Honorable
                                       Blanche Manning

                                       v.

RUEBEN ROMO

## NOTICE OF FILING

**To:**    United States Attorney's Office
         Attn: Jacqueline Stern, AUSA
         219 S. Dearborn Street. 5th Floor
         Chicago, Illinois   60604

     PLEASE TAKE NOTICE that I have this 3rd day of July, 2008, filed with the Clerk of the United States Court of Appeals the following: **MOTION TO DISCLOSE AND PRODUCE CONFIDENTIAL INFORMANTS**, copy of which is hereby attached.

                                                            s/Eugene O'Malley
                                                             Eugene O'Malley

## PROOF OF SERVICE BY ELECTRONIC FILING

     I, Eugene O'Malley, the attorney, certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: Jacqueline Stern, Asst. U.S. Attorney, at 219 S. Dearborn Street, 5th Floor, Chicago, Illinois.

                                                            s/Eugene O'Malley
                                                            Eugene O'Malley, Attorney for Defendant

**EUGENE O'MALLEY#2108860**
**Attorney for Defendant**
**910 W. Jackson Blvd.**
**Chicago, Illinois   60607**
**(312) 633-9232**