IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

                                                No. 08 –CR-241-7
                                                The Honorable
                                                Blanche Manning

                                            v.

RUEBEN ROMO

### NOTICE OF FILING

**To:** United States Attorney's Office
      Attn: Jacqueline Stern, AUSA
      219 S. Dearborn Street. 5th Floor
      Chicago, Illinois   60604

     PLEASE TAKE NOTICE that I have this 3rd day of July, 2008, filed with the Clerk of the United States Court of Appeals the following: M O TION FOR HEARING OR PROFFER ON ADMISSIBILITY OF CO-CONSPIRATOR'S STATEMENTS, copy of which is hereby attached.

                                                s/Eugene O'Malley_____
                                                Eugene O'Malley

### PROOF OF SERVICE BY ELECTRONIC FILING

     I, Eugene O'Malley, the attorney, certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: Jacqueline Stern, Asst. U.S. Attorney, at 219 S. Dearborn Street, 5th Floor, Chicago, Illinois.

                                                s/Eugene O'Malley_____
                                                Eugene O'Malley, Attorney for Defendant

**EUGENE O'MALLEY#2108860**
**Attorney for Defendant**
**910 W. Jackson Blvd.**
**Chicago, Illinois  60607**
**(312) 633-9232**