UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 241 |
| v. | ) | Hon. Blanche M. Manning |
| | ) | |
| JOSE EDUARDO SERRANO-ESPINOZA | ) | |
| ROGELIO SOBERANIS | ) | |
| ROSALIO SOBERANIS | ) | |
| MARIANO LOPEZ | ) | |
| ROBERTO CARLOS SILVA LOPEZ | ) | |
| HECTOR URBINA | ) | |
| REUBEN ROMO | ) | |

**NOTICE OF MOTION**

TO:   Eugene O'Malley, attorney for Reuben Romo

PLEASE TAKE NOTICE that on Tuesday, August 19, 2008, at 11:00 a.m., or as soon thereafter as I may be heard, I shall then and there present the **GOVERNMENT'S MOTION TO MODIFY CONDITIONS OF BOND FOR DEFENDANT REUBEN ROMO**, filed on this date, before Judge Manning, in courtroom 2125 of the Federal Dirksen Building, 219 S. Dearborn, in Chicago, Illinois.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *s/ Sheri H. Mecklenburg*
      SHERI H. MECKLENBURG
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 469-6030

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the

**NOTICE OF MOTION**

was served on August 12, 2008, in accordance with Fed. R. Crim. P. 49 and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers and, further, on the same date, a copy of such motion was hand-delivered to:

Pretrial Services
219 S. Dearborn, 15th Floor,
Chicago, IL
Attn: Victor Alvarez.

By: *s/ Sheri H. Mecklenburg*
SHERI H. MECKLENBURG
Assistant United States Attorney
(312) 469-6030