## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                            Case No.: 1:08−cr−00241
                                                        Honorable Blanche M. Manning

Jose Eduardo Serrano−Espinoza, et al.

                                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: as to defendant, Reuben Romo; Hearing on motion held on 8/19/2008. The government's Motion to modify conditions of bond for defendant [77] is denied without prejudice. Mailed notice by judge's staff. (srb,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.